UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE B. ELLEDGE, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>RED RIVER SCIENCE & TECHNOLOGY, LLC, an Oklahoma limited liability company; SAWTST LLC, an unknown business entity; AND DOES 1 THROUGH 10, Inclusive,<br>Defendants. | Case No. 5:25-cv-02316 SSS (SPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER (Doc. 35)** |

On June 24, 2026 the Parties filed a Stipulated Protective Order (docket no. 35).

The court, having considered the Parties' stipulation and finding good cause, hereby GRANTS the stipulation and ORDERS as follows:

//

//

The foregoing Stipulated Protective Order is approved and the Parties and all persons are required to act in compliance therewith.

IT IS SO ORDERED.

Dated: July 17, 2026

SHERI PYM
United States Magistrate Judge